UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| VINCE VAUGHN, | - | |
| --- | --- | --- |
| Plaintiff, | - | |
| v. | - | PLAINTIFF'S COMPLAINT |
| | - | Civil Case No.: 1:13-cv-3485-CAP-WEJ |
| OXFORD LAW, LLC., | - | |
| Defendant. | - | |

NOW COMES Plaintiff, VINCE VAUGHN ("Plaintiff"), by his attorneys, and hereby alleges the following against OXFORD LAW, LLC ("Defendant"):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained therein.

3. Defendant conducts business in the State of Georgia establishing personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Oxford, Newton County, Georgia.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a business entity with an office located in Minneapolis, Minnesota.

9. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6).

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant is collecting an alleged debt from Plaintiff arising from transactions for personal, family and/or household purposes.

12. Defendant places collection calls to Plaintiff at Plaintiff's work telephone number (404)-557-23xx, which is a number that belongs to Emory University.

13. Defendant calls Plaintiff from telephone numbers including but not limited to (215) 526-2600.

14. On or around July 15, 2013, Defendant called Plaintiff's work telephone number.

15. In the course of the collection call on or around July 15, 2013, Plaintiff informed Defendant that he was not allowed to receive collection calls on his work telephone and requested that Defendant cease calling.

16. Despite being advised that Plaintiff cannot receive collection calls at work, Defendant placed a telephone call to Plaintiff's work telephone on or around July 25, 2013.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendants violated § 1692c(a)(3) of the FDCPA by communicating with Plaintiff at Plaintiff's place of employment when defendant knew or had reason to know that such calls and communications were prohibited.

WHEREFORE, Plaintiff, VINCE VAUGHN, requests that judgment be entered against Defendant, OXFORD LAW, LLC, for the following:

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k.

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k.

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: October 22, 2013

KROHN & MOSS, LTD.

By: /s/ Shireen Hormozdi

Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 829-5083
Email: shormozdi@consumerlawcenter.com
Attorney for Plaintiff