UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCE VAUGHN, | |
| Plaintiff, | No. 1:13-cv-03485-RWS-WEJ |
| v. | PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT |
| OXFORD LAW, LLC., | |
| Defendant. | |

COMES NOW the Plaintiff, VINCE VAUGHN ("Plaintiff"), through his attorneys, and hereby moves the Clerk of this Court to enter a default against Defendant, OXFORD LAW, LLC ("Defendant"). In support thereof, Plaintiff states as follows:

1. Plaintiff filed his Complaint against Defendant on October 22, 2013. [Doc. 1].

2. Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 USC 1692 *et seq*. [Doc. 1].

3. Plaintiff seeks statutory damages pursuant to the above-mentioned statute and reasonable attorney's fees. [Doc. 1].

4. On November 5, 2013, Defendant was served with Plaintiff's Complaint and summons. *See* Executed Summons at [Doc. 4].

5. Defendant's answer to Plaintiff's Complaint was due on November 26, 2013.

6. Defendant has not filed its answer nor contacted Plaintiffs' attorneys requesting an extension to answer.

7. *Federal Rule of Civil Procedure* 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise

defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

8. Defendant is not a minor or incompetent person.

9. Defendant has failed to plead or otherwise defend itself against Plaintiffs' civil Complaint.

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court grant his instant request and direct the Clerk of this Court to enter a default against Defendant, OXFORD LAW, LLC for failure to timely plead or otherwise defend against Plaintiff's Complaint.

RESPECTFULLY SUBMITTED,

DATED:  December 23, 2013

KROHN & MOSS, LTD.

By:  /s/ Shireen Hormozdi

Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 829-5083
Email: shormozdi@consumerlawcenter.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2013, I electronically filed Plaintiff's Motion for Clerk's Entry of Default by using the CM/ECF System.  A copy of said Motion was mailed to the following:

>Oxford Law, LLC
>7900 Highway 7 Suite 350
>Minneapolis, MN 55426

>By: /s/ Shireen Hormozdi
>Shireen Hormozdi