UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCE VAUGHN, | |
| Plaintiff, | Case No. 1:13-cv-03485-RWS-WEJ |
| v. | |
| OXFORD LAW, LLC., | |
| Defendant. | |

## [PROPOSED] DEFAULT JUDGMENT ORDER

Plaintiff, Vince Vaughn's, Motion for Final Default Judgment is GRANTED. Accordingly, Judgment is hereby entered against Defendant, Commonwealth Oxford Law, LLC., in the amount of $4,163.60, which includes $1,000.00 in statutory damages to Plaintiff, $2,708.60 in attorney's fees, and $455.00 in costs.

Dated: *April 1, 2014*

_____
HONORABLE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE